### IN THE UNITED STATES DISCTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ILLINOIS

JOSEPH PRUITT,                          )
                                        )
    Plaintiff,                          )
                                        )
vs.                                     )    **Case No.:**  3:24-cv-02111
                                        )
PISTON AVIATION LLC,                    )
                                        )
    Defendant,                          )
                                        )
and                                     )
                                        )
JOSEPH ORD,                             )
                                        )
    Defendant.                          )

### COMPLAINT AT LAW

### COUNT I
### (Joseph Pruitt v. Piston Aviation LLC)

NOW COMES the Plaintiff, JOSEPH PRUITT, by and through his attorneys, KIRKPATRICK LAW OFFICES P.C., and in support of his complaint against the Defendant, PISTON AVIATION LLC, states as follows:

1.    This Court has jurisdiction in this matter pursuant to 28 U.S.C. section. 1332 and is based on the diversity of citizenship with Defendants, PISTON AVIATION LLC and JOSEPH ORD, being a Missouri Corporation and a Missouri resident and Plaintiff is a resident of Illinois. The amount in controversy exceeds $75,000.00.

2.    That on or about March 4, 2024, the Plaintiff, JOSEPH PRUITT, resided in Madison County, Illinois.

1

3. That the Defendant, PISTON AVIATION LLC, was a Missouri Corporation licensed to do business in Madison County, Illinois at the St. Louis Regional Airport in East Alton, Madison County, Illinois.

4. That the Defendant, JOSEPH ORD, was at all times mentioned herein an agent or employee of the Defendant, PISTON AVIATION LLC.

5. That Defendant was performing maintenance or repairs at its leased space at said airport and in doing so left open a hinged door in the floor.

6. The opened door created a hazardous and dangerous condition.

7. That the Plaintiff, JOSEPH PRUITT, was present at the aforementioned location for the purpose of providing an estimate for work to be performed by Joseph Pruitt.

8. That the Defendant, JOSEPH ORD, led the Plaintiff, JOSEPH PRUITT, to a room on the premises.

9. That upon entering said room, the Plaintiff, JOSEPH PRUITT, stepped into the opening in the floor left by the open door.

10. Pursuant to 740 ILCS 130/2, the Defendant, PISTON AVIATION LLC, by and through its agent and servant, JOSEPH ORD, failed to uphold the duty of ordinary care owed to entrants regarding the state of the premises.

11. That the Plaintiff was unaware of the opening in the floor.

12. The aforementioned fall and resulting injury to the Plaintiff, JOSEPH PRUITT, was proximately caused by one or more of the following negligent acts or omissions on the part of the Defendant, PISTON AVIATION LLC, by and through its agent and servant, JOSEPH ORD:

a.    Failed to exercise ordinary care to keep the premises in a safe and proper condition, by allowing an unmarked hole to exist in the floor;

b.    Failed to warn the Plaintiff, JOSEPH PRUITT, that there was an opening in the floor, when it knew or should have known that the opening presented a hazardous condition;

c.    Failed to properly mark or otherwise barricade the opening in the floor;

d.    Failed to cover the opening in said floor with material that would prevent others from falling into it; and

e.    Failed to close the door in the floor when it knew or should have known people, including Plaintiff, would not anticipate or foresee that an opening would exist in the floor.

13.    As a direct and proximate result of one or more of the foregoing, the aforementioned negligent acts or omissions on the part of Defendant, PISTON AVIATION LLC, through its agents or servants, the Plaintiff has suffered severe and permanent injury. He has and will in the future endure pain and suffering. He has and will in the future incur the loss of enjoyment of life. He has become responsible for medical expenses related to treatment for his injuries and will in the future incur medical expenses related to treatment for his injuries. He has incurred lost wages and will in the future incur lost wages, as a result of his injuries, all to his detriment in a substantial amount.

WHEREFORE, the Plaintiff, JOSEPH PRUITT, prays for damages against the Defendant, PISTON AVIATION LLC, in excess of $75,000.00 together with costs of suit and any other relief this court deems just.

## COUNT II

### (Joseph Pruitt v. Joseph Ord)

NOW COMES the Plaintiff, JOSEPH PRUITT, by and through his attorneys, KIRKPATRICK LAW OFFICES P.C., and in support of his complaint against the Defendant, JOSEPH ORD, states as follows:

1-12.    Plaintiff repeats and re-alleges paragraphs 1 through 12 of Count I to be incorporated into Count II.

13.    As a direct and proximate result of one or more of the foregoing, the aforementioned negligent acts or omissions on the part of Defendant, JOSEPH ORD, the Plaintiff has suffered severe and permanent injury. He has and will in the future endure pain and suffering. He has and will in the future incur the loss of enjoyment of life. He has become responsible for medical expenses related to treatment for his injuries and will in the future incur medical expenses related to treatment for his injuries. He has incurred lost wages and will in the future incur lost wages, as a result of his injuries, all to his detriment in a substantial amount.

WHEREFORE, the Plaintiff, JOSEPH PRUITT, prays for damages against the Defendant, JOSEPH ORD, in excess of $75,000.00 together with costs of suit and any other relief this court deems just.

4

Respectfully submitted,

By:    _____
Eric Kirkpatrick, # 06207286
KIRKPATRICK LAW OFFICES, P.C.
#3 Executive Woods Court, #100
Belleville, Illinois 62226
Telephone: (618) 239-6070
Fax: (618) 239-6080
Email: eric@lawkirkpatrick.com
***Attorney for the Plaintiff, Joseph Pruitt***

5